IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00964-RPM-CBS

INGRID HEBB,

    Plaintiff,

v.

GLOBAL VAN LINES,
NORTH AMERICAN VAN LINES, and
RAINBOS MOVING & STORAGE, INC.

    Defendants.
**Defendant.**

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter coming before the court upon the Joint Stipulation For Dismissal With Prejudice of the parties herein, and the Court being fully advised herein;

The Court finds that this matter has been fully resolved through settlement and hereby orders the dismissal, with prejudice, of Plaintiff's claims herein against Defendants, each party to bear her or its own costs and attorney fees.

Dated this ___11th___ day of August, 2005.

BY THE COURT:

_____
DISTRICT COURT JUDGE